PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Shelly Diane YOUNG |
| **Docket Number:** | 2:04CR00443-01 |
| **Offender Address:** | Oroville, California |
| **Judicial Officer:** | Honorable Peter A. Nowinski<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | March 3, 2005 |
| **Original Offense:** | 18 USC 641.2 - Theft of Government Property, Aiding and Abetting (CLASS A MISDEMEANOR) |
| **Original Sentence:** | 36 months probation; No firearms; mandatory testing; $21,947 restitution; $25 special assessment |
| **Special Conditions:** | Warrantless search; financial restrictions; no new debt/credit; drug testing; mental health treatment; 80 hours community service; $25 co-pay for treatment/testing services. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | March 3, 2005 |
| **Assistant U.S. Attorney:** | Misdemeanor Unit, U.S. Attorney's Office |
| **Telephone:** | (916) 554-2700 |
| **Defense Attorney:** | Quin A. Denvir, Federal Defender |
| **Telephone:** | (916) 498-5700 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12A1.MRG

**RE:   YOUNG, Shelly Diane**
      **Docket Number:   2:04CR00433-01**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

The probation officer will revisit the community service issue in approximately 12 months. If Ms. Young's health has not stabilized, and she has been unable to perform any hours, it is likely the probation officer will recommend the Court vacate the community service sanction. No Court action is recommended at this time on either of these issues.

Respectfully submitted,

/s/ Jeffrey C. Oestreicher

**JEFFREY C. OESTREICHER**
**United States Probation Officer**
Telephone:  (530) 246-5366

**DATED:**   November 18, 2005
           Redding, California
           JCO

**REVIEWED BY:**   /s/ Richard A Ertola
                **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**

RE:     YOUNG, Shelly Diane
        Docket Number:   2:04CR00433-01
        **REPORT OF OFFENDER NON-COMPLIANCE**

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1. **IRREGULAR RESTITUTION PAYMENTS**
2. **FAILURE TO PERFORM COMMUNITY SERVICE**

**Details of alleged non-compliance:** Ms. Young is currently disabled and unemployed. She is surviving on $580 per month state disability insurance payments, as well as up to $520 per month child support (the actual amount varies). She suffers from a variety of ailments, including a degenerative disc condition in her back, as well as heart problems. She may, at some point, be eligible for a permanent SSI Disability grant, but this is unclear at this time. She has paid the special assessment in full, but has managed to make only three $30 payments (total of $90) towards the restitution balance. Her health issues have prevented her from performing any type of community service at this time.

**United States Probation Officer Plan/Justification:** Ms. Young's case is pending transfer of supervision to the Central District of California. She is planning on living with her sister's family. This seems to be a much healthier environment than her present situation, and it is hoped she can recover to the point she may be able to complete the community service. Restitution payments will most likely continue to be sporadic, due to her financial situation. It is felt she has paid to the best of her ability up to this point, and no adverse action is recommended.

**RE:    YOUNG, Shelly Diane**
**Docket Number:    2:04CR00433-01**
**REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( x )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

| | |
|---|---|
| **November 21, 2005** | /s/ Peter A. Nowinski |
| **Date** | **Signature of Judicial Officer** |

cc:    United States Probation
         Misdemeanor Unit, United States Attorney
         Quin Denvir, Federal Defender

Attachment:  Presentence Report   (Sacramento only)